Todd M. Friedman (216752)
Darin Shaw (251037)
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr. #415
Beverly Hills, CA 90211
Phone: 877 206-4741
Fax: 866 633-0228
tfriedman@attorneysforconsumers.com
dshaw@attorneysforconsumers.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSEPH RUFFALO,** ) | Case No. 4:11-cv-03292-DMR |
| Plaintiff, ) | |
| ) | **NOTICE OF SETTLEMENT** |
| vs. ) | |
| ) | |
| **SAGE CAPITAL RECOVERY, LLC** ) | |
| **AND PINNACLE CREDIT SERVICES,** ) | |
| **LLC,** ) | |
| Defendant. ) | |
| _____ ) | _____ |

    NOW COMES THE PLAINTIFF by and through his attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court allow sixty (60) days with which to file dispositive documentation. A Voluntary Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

    Respectfully submitted this 29th day of September, 2011.

                  By: s/Todd M. Friedman
                     TODD M. FRIEDMAN
                     Law Offices of Todd M. Friedman, P.C.
                     Attorney for Plaintiff

Filed electronically on this 29th day of September, 2011, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Donna M. Ryu
United States District Court
Northern District of California

Notification sent electronically via U.S. Mail to:

Ms. Debbie Kirkpatrick
Sessions Fishman Nathan & Israel, LLP
1545 Hotel Circle South, Suite 150
San Diego CA 92108

This 29th day of September, 2011.

s/Todd M. Friedman
Todd M. Friedman