UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH RUFFALO,<br><br>    Plaintiff,<br><br>v.<br><br>SAGE CAPITAL RECOVERY,<br><br>    Defendant.<br>_____/ | No. C-11-03292 DMR<br><br>**ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |

The Court is in receipt of Plaintiff's Notice of Settlement. The Initial Case Management Conference previously scheduled for October 19, 2011 has been CONTINUED to **December 21, 2011 at 1:30 p.m.**, Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612. The Case Management Statement is due no later than December 14, 2011. Immediately upon receipt of this Order, Plaintiff shall serve Defendant with a copy of this Order and file a proof of service with the Court.

IT IS SO ORDERED.

Dated: October 13, 2011

_____
DONNA M. RYU
United States Magistrate Judge