Todd M. Friedman, Esq. (216752)
Darin Shaw, Esq. (251037)
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr., #415
Beverly Hills, CA 90211
Phone: (877) 206-4741
Fax: (866) 633-0228
tfriedman@AttorneysForConsumers.com
dshaw@attorneysforconsumers.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSEPH RUFFALO,**<br>　　　Plaintiff,<br><br>　　vs.<br><br>**SAGE CAPITAL RECOVERY, LLC AND PINNACLE CREDIT SERVICES, LLC,**<br>　　　Defendant.<br>_____ | Case No. 4:11-cv-03292-DMR<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>_____ |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses the entire case with prejudice. Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed with prejudice and without an Order of the Court.

RESPECTFULLY SUBMITTED this 21st day of October, 2011.

　　　　　　　　　　By:　s/Todd M. Friedman
　　　　　　　　　　　　　Todd M. Friedman, Esq.
　　　　　　　　　　　　　Law Offices of Todd M. Friedman, P.C.
　　　　　　　　　　　　　Attorney for Plaintiff

Notice of Dismissal - 1

Filed electronically on this 21st day of October, 2011, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Donna M. Ryu
United States District Court
Northern District of California

Notification sent electronically via U.S. Mail to:

Ms. Debbie Kirkpatrick
Sessions Fishman Nathan & Israel, LLP
1545 Hotel Circle South, Suite 150
San Diego CA 92108

This 21st day of October, 2011.

s/Todd M. Friedman
Todd M. Friedman